**Roberta WEISBERG, Plaintiff–Appellant,**

v.

**UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVEL-OPMENT, Defendant–Appellee.**

**No. 00–6045.**

United States Court of Appeals, Second Circuit.

Jan. 25, 2001.

Roberta Weisberg, Bayside, NY, pro se.

Eric B. Fisher, Asst. U.S. Atty., New York, NY, for appellee.

Present VAN GRAAFEILAND, NEWMAN and LEVAL, Circuit Judges.

### SUMMARY ORDER

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, AD-JUDGED AND DECREED that the judg-ment of the District Court is AFFIRMED.

Roberta Weisberg appeals *pro se* from the December 28, 1999, judgment of the United States District Court for the South-ern District of New York, dismissing her claim for damages against the United States Department of Housing and Urban Development ("HUD"). She alleges that an agreement she and her former real estate broker-employer signed to settle a discrimination claim brought by prospec-tive tenants was signed by her in the absence of counsel.

The complaint, which has never been served upon the prospective tenants, was properly dismissed on the ground that the Federal Housing Amendments Act, 42 U.S.C. § 3601 *et seq.,* does not create an express or implied cause of action for dam-ages against HUD. *See Marinoff v. U.S. Dep't of Housing and Urban Development,* 892 F.Supp. 493, 496 (S.D.N.Y.1995), *aff'd,* 78 F.3d 64 (2d Cir.1996). We also agree with the District Court's additional reasons for dismissing the complaint.